IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN SMITH,

    Plaintiff,                                       No. CIV. S-09-0982 GEB EFB PS

    vs.

WACKENHUT CORPORATION,             <u>ORDER</u>

    Defendant.
_____/

    On April 15, 2009, this court granted plaintiff's application to proceed *in forma pauperis*, 28 U.S.C. § 1915, and directed service of the complaint upon plaintiff's completion and submission of the requisite forms. Dckt. No. 5. On April 17, 2009, plaintiff filed an amended complaint, naming the same defendant but clarifying his claims. Dckt. No. 8.

    "A party may amend its pleading once as a matter of course [] before being served with a responsive pleading." Fed. R. Civ. P. 15(a)(1)(A). Plaintiff is therefore entitled to amend his complaint, but service of process must include the amended complaint and an amended summons.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of Court shall issue summons forthwith as to the amended complaint, pursuant to Fed. R. Civ. P. 4.

1

2. The Clerk of Court shall send plaintiff a copy of the amended summons and endorsed filed amended complaint.

3. Plaintiff shall forward to the U.S. Marshal two copies each of the amended summons and the endorsed filed amended complaint.

4. Plaintiff shall file a further statement with the court verifying that these documents were submitted to the U.S. Marshal.

5. This order shall be read in tandem with the court's order filed April 15, 2009, and the requirements set forth therein.

6. The Clerk of Court shall serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, CA 95814 (tel. 916-930-2030).

DATED: April 22, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE