IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN SMITH,

      Plaintiff,                    No. CIV S-09-982 GEB EFB PS

      vs.

WACKENHUT CORPORATION,
                                    ORDER
      Defendant.
_____/

      Plaintiff is proceeding *pro se* in this action, which was referred to the undersigned pursuant to Eastern District of California Local Rule ("Local Rule") 72-302(c)(21). *See* 28 U.S.C. § 636(b)(1). A hearing on defendant's amended motion to dismiss is scheduled in this action for September 30, 2009. *See* Dckt. Nos. 19, 24. On September 9, 2009, along with his opposition to defendant's motion to dismiss, plaintiff filed a motion for summary judgment. Dckt. No. 25. However, because the summary judgment motion does not comply with the requirements set forth in Local Rules 78-230(b) and 56-260(a), it is denied without prejudice. *See* E.D. Cal. L.R. 78-230(b) ("The moving party shall file with the Clerk a notice of motion, motion, accompanying briefs, affidavits, if appropriate, and copies of all documentary evidence that the moving party intends to submit in support of the motion."); 56-260(a) ("Each motion for summary judgment or summary adjudication shall be accompanied by a 'Statement of

Undisputed Facts' that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission or other document relied upon to establish that fact.").

Accordingly, it is hereby ORDERED that:

1. Hearing on defendant's amended motion to dismiss remains on calendar for September 30, 2009, at 10:00 a.m., in Courtroom No. 25; and,

2. Plaintiff's September 9, 2009, motion for summary judgment is denied without prejudice.

DATED: September 11, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE